OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 10. 2015

7/7/2015
EDWARDS, JACKIE GLENN   Tr. Ct. No. 644224-C                WR-58,936-03

On this day, this Court has granted the trial court's request for an extension of time pursuant to T.R.A.P. 73.5. The clerk's record containing the 11.07 writ application is due in this Court on Monday, August 17, 2015.

Abel Acosta, Clerk



UTF

JACKIE GLENN EDWARDS
GURNEY UNIT - TDC #667881
1385 FM 3328
PO BOX 6400
TENNESSEE COLONY, TX 75861

AN KU TF

75861